| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-11233-AMC

| | |
|---|---|
| Christopher M. Graney | Petition Filed Date: 02/28/2020 |
| 218 Pine Ridge Road | 341 Hearing Date: 04/24/2020 |
| Havertown  PA    19083 | Confirmation Date: 09/23/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $650.00 | | 09/25/2023 | $650.00 | | 10/25/2023 | $650.00 | |
| 11/28/2023 | $650.00 | | 12/27/2023 | $650.00 | | 01/25/2024 | $650.00 | |
| 02/27/2024 | $650.00 | | 03/25/2024 | $650.00 | | 04/25/2024 | $650.00 | |
| 05/28/2024 | $650.00 | | 06/26/2024 | $650.00 | | 07/25/2024 | $650.00 | |

**Total Receipts for the Period: $7,800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $34,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher M. Graney | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | RBS CITIZENS NA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DYCK O'NEAL INC<br>»»  003 | Unsecured Creditors | $75,604.32 | $3,295.37 | $72,308.95 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,205.00 | $4,205.00 | $0.00 |
| 3 | JP MORGAN CHASE BANK NA<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»»  05S | Secured Creditors | $23,921.00 | $23,921.00 | $0.00 |
| 5 | M&T BANK<br>»»  05U | Unsecured Creditors | $36.66 | $0.00 | $36.66 |

**Chapter 13 Case No. 20-11233-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,450.00 | Current Monthly Payment: | $650.00 |
| Paid to Claims: | $31,421.37 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,027.05 | Total Plan Base: | $39,000.00 |
| Funds on Hand: | $1.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.