United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christopher M. Graney  
    Debtor

Case No. 20-11233-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 02, 2025      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher M. Graney, 218 Pine Ridge Road, Havertown, PA 19083-4735 |
| 14479984 | #+ | Alicia M. Graney, 218 Pine Ridge Road, Havertown, PA 19083-4735 |
| 14479986 | | Bradley Osborne, Esq., 298 Wissahickon Avenue, Philadelphia, PA 19154 |
| 14479987 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14482016 | + | CITIZENS BANK NA f/k/a RBS CITIZENS NA, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14482291 | + | Citizens Bank, NA, c/o Ann E Swartz, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14479996 | + | Hladik, Onorato $ Federman, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14480000 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14480002 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2025 01:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2025 01:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14479985 | + | Email/PDF: bncnotices@becket-lee.com | Apr 03 2025 01:49:57 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14479991 | | Email/Text: megan.harper@phila.gov | Apr 03 2025 01:37:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14479992 | | Email/Text: megan.harper@phila.gov | Apr 03 2025 01:37:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14479988 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2025 01:39:40 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14479989 | + | Email/Text: ecf@ccpclaw.com | Apr 03 2025 01:37:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14484552 | ^ | MEBN | Apr 03 2025 01:32:25 | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 14479993 | + | Email/Text: bankruptcy@philapark.org | Apr 03 2025 01:38:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14491595 | | Email/Text: vlazo@dyckoneal.com | | |

Case 20-11233-amc   Doc 56   Filed 04/04/25   Entered 04/05/25 00:38:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 03 2025 01:37:00 | Dyck-O'Neal, Inc., P.O. Box 601549, Dallas, TX 75360-1549 |
| 14479994 | | Email/Text: bankruptcycourts@equifax.com | Apr 03 2025 01:37:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14479995 | ^ | MEBN | Apr 03 2025 01:32:20 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14479997 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 03 2025 01:37:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14494000 | | Email/Text: amps@manleydeas.com | Apr 03 2025 01:37:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14494001 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2025 01:50:04 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14494157 | | Email/Text: amps@manleydeas.com | Apr 03 2025 01:37:00 | JPMorgan Chase Bank, NA, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14479998 | | Email/Text: camanagement@mtb.com | Apr 03 2025 01:37:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 1288, Buffalo, NY 14240 |
| 14500349 | + | Email/Text: camanagement@mtb.com | Apr 03 2025 01:37:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 14479999 | ^ | MEBN | Apr 03 2025 01:32:39 | Mortgage Guarantee Insurance Company, c/o Dyck -Oneal, Inc., 3100 Monticello Ave, Suite 650, Dallas, TX 75205-3502 |
| 14480001 | + | Email/Text: bankruptcy@philapark.org | Apr 03 2025 01:38:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14480003 | | Email/Text: DASPUBREC@transunion.com | Apr 03 2025 01:37:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14480004 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 03 2025 01:38:00 | Transworld System Inc, Attn: Bankruptcy, PO Box 15630, Wilmington, DE 19850-5630 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14479990 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 04, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| ANDREW M. LUBIN | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T Bank dsmillie@flblaw.com ccharlton@flblaw.com |
| MARISA MYERS COHEN | on behalf of Creditor CITIZENS BANK NA f/k/a RBS CITIZENS NA ecfmail@mwc-law.com mcohen@mwc-law.com |
| MICHAEL A. CIBIK | on behalf of Debtor Christopher M. Graney help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 55 − 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Christopher M. Graney ) | Case No. 20−11233−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 2, 2025

For The Court

Timothy B. McGrath
Clerk of Court